FILED
May 14, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff, )<br>v.  )<br>  )<br>DANIEL HARRISON MCGRATH, )<br>  )<br>  Defendant. ) | Case No. 2:12MJ-00123-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL HARRISON MCGRATH , Case No.

 2:12MJ-00123-CKD  , Charge  18USC § 2258(2)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　Release on Personal Recognizance

　　__　Bail Posted in the Sum of $_____

　　　　__　Unsecured Appearance Bond

　　　　__　Appearance Bond with 10% Deposit

　　　　__　Appearance Bond with Surety

　　　　__　Corporate Surety Bail Bond

　　　　✔　(Other)　　Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 14, 2012  at  2:00 pm  .

　　　　　　　　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court