MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DANIEL MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br>                                 )<br>DANIEL MCGRATH                   )<br>                                 )<br>            Defendant.           )<br>_____) | Case No. 12-209 GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date: August 3, 2012<br>Time: 9:00 a.m.<br>Judge: GARLAND E. BURRELL |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be re calendared for August 3, 2012.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

Stip and Order

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 3, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: July 31, 2012.                Respectfully submitted,

                                     MARK J. REICHEL, ESQ.

                                     /s/ MARK J. REICHEL
                                     MARK J. REICHEL
                                     Attorney for defendant


                                     BENJAMIN WAGNER
                                     United States Attorney

DATED: July 31, 2012.                /s/MARK J. REICHEL for:
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

Dated:  July 31, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip and Order                                  2