MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DANIEL MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-209 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO SET DATES FOR TRIAL, TRIAL CONFIRMATION HEARING AND STATUS CONFERENCE; ORDER THEREON** |
| v. | ) | |
| | ) | |
| | ) | Date: Status Conference |
| DANIEL MCGRATH | ) | September 28, 2012 |
| | ) | |
| Defendant. | | Time: 9:00 a.m. |
| _____ | | Judge: GARLAND E. BURRELL |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be re calendared for September 28, 2012.

It is further stipulated by the parties that a date for jury trial be selected as November 13, 2012; that a trial confirmation hearing be set for October 19, 2012.

The continuance of the status conference is requested as

Stip and Order For Trial Date

defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

    Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 28, 2012, and through and to November 13, 2012, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4, and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. .

DATED: August 1, 2012.    Respectfully submitted,

    MARK J. REICHEL, ESQ.

    /s/ MARK J. REICHEL
    MARK J. REICHEL
    Attorney for defendant


    BENJAMIN WAGNER
    United States Attorney

DATED: August 1, 2012.    /s/MARK J. REICHEL for:
    KYLE REARDON
    Assistant U.S. Attorney
    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.  Further, the proceeding on each scheduled matter commences at 9:00 a.m.

Dated:  August 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip and Order                                                3