UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILED | |
| August 28, 2012 | |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| DEPUTY CLERK | |

UNITED STATES OF AMERICA, )
                                     )    Case No. 2:12-CR-00209-GEB
       Plaintiff,          )
v.                                )    ORDER FOR RELEASE OF
                                     )    PERSON IN CUSTODY
DANIEL HARRISON MCGRATH, )
                                     )
       Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL HARRISON MCGRATH, Case No. 2:12-CR-00209-GEB, Charge Title 18 USC § 3148, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ✔    (Other)    All pretrial supervision and conditions of release remain in full force and effect, with modifications. Defendant shall have no contact, direct or indirect, with victims/_witnesses identified in the West Sacramento Police Dept. report of the incident resulting in these revocation proceedings._  DAD

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 28, 2012 at 3:12 pm.

                        By    /s/ Dale A. Drozd
                              Dale A. Drozd
                              United States Magistrate Judge