1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@btdlaw.net

5  Attorneys for Defendant
   DANIEL MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2: 12-CR-00209-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| DANIEL MCGRATH, | Date:  December 5, 2014<br>Time:  9:00 a.m.<br>Judge: Honorable Garland E. Burrell |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant U.S. Attorney, and defendant Daniel McGrath, through his counsel, Kresta Nora Daly, that the sentencing set for December 5, 2014 be vacated and that a new sentencing date be set for February 20, 2015 at 9:00 a.m.

The parties have agreed to re-set the dates for informal and formal objections to the pre-sentence report.  Informal objections will be submitted no later than January 16, 2015.  Formal objections will be filed with the court no later than January 30, 2015.

///
///
///
///
///

Dated:  November 21, 2014.        Respectfully submitted,

BARTH DALY LLP


By    /s/ Kresta Nora Daly
         KRESTA NORA DALY
      Attorneys for DANIEL MCGRATH


Dated:  November 21, 2014.        By    /s/ Kresta Nora Daly
                                           TODD PICKLES
                                      Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

**Dated:  November 21, 2014**

```
GARLAND E. BURRELL, JR.
Senior United States District Judge
```