1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | 2:12-CR-00209-GEB |
|---|---|---|
| 12 | Plaintiff, | FINAL ORDER OF FORFEITURE |
| 13 | v. | |
| 14 | DANIEL HARRISON MC GRATH, | |
| 15 | Defendant. | |

16

17     WHEREAS, on or about April 19, 2013, this Court entered a Preliminary Order of

18  Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement

19  entered into between plaintiff and defendant Daniel Harrison Mc Grath forfeiting to the

20  United States the following property:

21         a.   One Cooler Master desktop tower with an ASRock 890FX Deluxe 4
                motherboard, bar code number RC932KKN11101400633; and
22

23         b.   One Seagate 1500GB hard drive, serial number 9VS3348W.

24     AND WHEREAS, beginning on April 26, 2013, for at least 30 consecutive days, the

25  United States published notice of the Court's Order of Forfeiture on the official internet

26  government forfeiture site www.forfeiture.gov.  Said published notice advised all third

27  parties of their right to petition the Court within sixty (60) days from the first day of

28  publication of the notice for a hearing to adjudicate the validity of their alleged legal

interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Daniel Harrison Mc Grath.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: February 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge