HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org

Attorney for Defendant
DANIEL McGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Cr. S. 12-00209-GEB |
| Plaintiff, | REQUEST FOR AND [PROPOSED] ORDER TO EXONERATE BOND |
| vs. | |
| DANIEL McGRATH, | Judge:  Hon. Edmund F. Brennan |
| Defendant. | |

On May 14, 2012, Magistrate Judge Gregory G. Hollows ordered Mr. McGrath be released on a $200,000 secured bond to be secured by a real property.   On June 11, 2012, Deeds of Trust in the property were posted on the Court Docket entry #19 and  Deed of Trust #(20120530) and docket entry #20, Deed of Trust #(2012230 / 1125).   Mr. McGrath has fulfilled all of his obligations to the Court while on release and self-surrendered to the custody of the Bureau of Prisons on April 17, 2015 and will remain in custody at FCI La Tuna until his sentencing term is completed.

Because he is no longer on release conditions, the secured bond posted on June 11, 2012 securing Mr. McGrath's appearance and the Deeds of Trust posted on June 11, 2012, may be ordered exonerated.

/ / /

1 | Accordingly, Mr. McGrath hereby moves to exonerate the two secured bonds by the Deed of Trust posted on June 11, 2012 and that the court reconveys the property back to the owners.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for DANIEL McGRATH

**ORDER**

The Court finds that Mr. McGrath was released pursuant to a $200,000 secured bond by two Deeds of Trust.  Mr. McGrath is in custody and will remain in custody until his term is completed.   He has satisfied all of his pre-trial release obligations to the Court.

THEREFORE, it is hereby ORDERED that the Clerk of the Court exonerate the $200,000 secured bond and that the Clerk of the Court reconvey the Deeds of Trust the Court Docket entry #19 and Deed of Trust #(20120530) and docket entry #20, Deed of Trust #(2012230 / 1125), that served as the property bond in this case.

Dated:  August 10, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE